IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Allen, Cherry M

Printed: 01/06/09

Case Number: 08 B 10109
Judge: Hollis, Pamela S

Filed: 9/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CarMax Auto Finance | Secured | 0.00 | 0.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | CarMax Auto Finance | Secured | 7,868.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 51,905.45 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 3,657.68 | 0.00 |
| 6. | National Capital Management | Unsecured | 2,610.39 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,120.11 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,614.57 | 0.00 |
| 9. | Bank Of America | Unsecured |  | No Claim Filed |
| 10. | Bank Financial | Unsecured |  | No Claim Filed |
| 11. | Bank Financial | Unsecured |  | No Claim Filed |
| 12. | Bank Financial | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 68,776.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Allen, Cherry M | Case Number:  08 B 10109 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  9/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

